```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,               )
                                    )
      v.                            )        No. 4:05 CR 207 JCH
                                    )
PRESTON RANDALL,                    )
                                    )
            Defendant.              )

## ORDER REVOKING PRESENTENCING RELEASE

On December 1, 2005, defendant Preston Randall was brought before the court for a release revocation hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142.

On May 6, 2005, defendant was released upon a secured appearance bond in the amount of $50,000. On September 2, 2005, defendant Randall pled guilty to Count 1 (wire fraud regarding real estate transaction). His sentencing is set for January 6, 2006.

On November 22, 2005, the Pretrial Services Officer filed a written petition for revocation of release. The officer's petition alleges that Randall violated the conditions of his release by engaging in a financial transaction that involved real estate used to secure his release from custody. On November 29, 2005, the Pretrial Services Officer filed a first amended petition wherein he added the allegation that the subject financial transaction involved the commission of a crime. On December 1, 2005, the Pretrial Services Officer filed a second amended petition wherein he alleged defendant and his mother engaged in another financial transaction that was the commission of a crime.

On December 1, 2005, when defendant appeared before the court, with the advise of retained counsel, defendant orally waived his right to a release revocation hearing and submitted to the issuance of a detention order.

Whereupon,

**IT IS HEREBY ORDERED** that the release of defendant Preston Randall is revoked.  Defendant Preston Randall is committed to the custody of the United States Marshals Service pending further order.


/s/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on December 6, 2005.